

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-19-2011

# USA v. Jerry Whitfield

Precedential or Non-Precedential: Precedential

Docket No. 09-3031

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation
"USA v. Jerry Whitfield" (2011). *2011 Decisions.* Paper 1880.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1880

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-3031
_____

UNITED STATES OF AMERICA

v.

JERRY WHITFIELD,
                        Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Crim. No. 08-cr-00685-001)
District Judge:  Honorable Noel L. Hillman
_____

Submitted Under Third Circuit LAR 34.1(a)
November 16, 2010
_____

Before: BARRY, CHAGARES and VANASKIE, <u>Circuit Judges</u>
_____

ORDER AMENDING OPINION
_____

IT IS ORDERED that the precedential slip opinion in the above case, filed January 6, 2011, be amended as follows:

On page 3, lines 3-4, the following should be deleted:  "Given that we write only for the parties, a brief summary of the facts will suffice."

<b><u>/s/Maryanne Trump Barry</u></b>
Dated:        January 19, 2011          Circuit Judge
SLC/cc:       Norman Gross
              Maggie F. Moy